UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE V. ROBERSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPARTMENT OF STATE HOSPITALS-COALINGA, et al.,<br><br>　　　　Defendants. | Case No. 1:23-cv-00873-SKO<br><br>**ORDER TRANSFERRING ACTION TO SACRAMENTO DIVISION** |

Plaintiff Maurice V. Roberson, a civil detainee, is proceeding *pro se* in this civil rights action.

**I.　INTRODUCTION**

On June 7, 2023, Defendants filed a notice of removal, removing Plaintiff's state court action from the Fresno County Superior Court to this Court pursuant to 28 U.S.C. § 1442(a)(3). (Doc. 1.) Following an initial review of Plaintiff's complaint, the undersigned learned one of the named defendants in the complaint is employed in the Clerk's Office of this Court.

The Court's Local Rule 120(f) states: "Whenever in any action the Court finds upon its own motion, motion of any party, or stipulation that the action has not been commenced in the proper court in accordance with this Rule, or for other good cause, the Court may transfer the action to another venue within the District." Since Plaintiff's complaint names a defendant who is alleged to be associated with the Fresno Division of the Clerk of the Court's office, good cause

exists to transfer this action from the Fresno Division to the Sacramento Division.

**II.     CONCLUSION AND ORDER**

Accordingly, **IT IS HEREBY ORDERED** that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall reference the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 I Street, Room 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated:  **June 8, 2023**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE