UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE V. ROBERSON,<br><br>           Plaintiff,<br><br>    v.<br><br>DEPARTMENT OF STATE HOSPITALS-COALINGA, *et al.*,<br><br>           Defendants. | Case No.  2:23-cv-01095-DAD-JDP (PC)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S REQUEST TO RESCHEDULE A HEARING AND DIRECTING THE CLERK OF COURT TO CLOSE THIS ACTION<br><br>ECF Nos. 9 & 15 |

Plaintiff has filed a motion seeking to voluntarily dismiss this action, which the court construes as a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 15. In light of that notice, it is hereby ORDERED that:

1. Plaintiff's motion to voluntarily dismiss this action, ECF No. 15, is construed as a notice of voluntary dismissal.

2. Plaintiff's request to reschedule a hearing, ECF No. 9, is denied as moot.

3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.


Dated:   December 26, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE